FILED
CLERK, U.S. DISTRICT COURT

JUL 23, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC., on behalf of Affected Performers,<br><br>Petitioner,<br><br>v.<br><br>FRATERNITY FILMS, LLC and VIRGIL FILMS AND ENTERTAINMENT, LLC,<br><br>Respondents. | Case No. CV 14-4944 SVW<br><br><br>**JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On June 25, 2014, petitioner Screen Actors Guild-American Federation of Television and Radio Artists ("Union"), as successor-in-interest to Screen Actors Guild, Inc., filed a Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith. The motion was noticed for hearing on August 4, 2014. Petitioner has filed proof of service of the motion and other documents in this case on respondents. (ECF Nos. 4, 5, 9.)

  Respondents have made no appearance in this case and filed no opposition to the motion to confirm the arbitration award.  Under Local Rule 7-9, any opposition to the motion had to be filed no later than July 14, 2014.

  Having considered all the documents filed by petitioner in support of the motion, including the Arbitration Award entered on July 5, 2010 by Arbitrator Michael D. Rappaport, the Court concludes that the motion is suitable for determination without oral argument.  Fed. R. Civ. P. 78(b); Local Rule 7-15.  Accordingly, the hearing previously scheduled for Monday, August 4, 2014, is VACATED.

  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

  1. The arbitration award in favor of Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc., and against Respondents Fraternity Films, LLC and Virgil Films and Entertainment, LLC, respectively, Union Case No. 2005-0248, dated July 5, 2010, is confirmed in all respects.

  2. Fraternity Films, LLC is ordered to pay as follows:

    (a) To Screen Actors Guild-American Federation of Television and Radio Artists, on behalf of affected performers, the sum of $273,345.54;

  3. Virgil Films and Entertainment, LLC is ordered to pay as follows:

    (a) To Screen Actors Guild-American Federation of Television and Radio Artists, on behalf of affected performers, the sum of $27,897.51;

  4. Respondents Fraternity Films, LLC and Virgil Films and Entertainment, LLC, with joint and several liability, are ordered to pay as follows:

    (a) To Screen Actors Guild-American Federation of Television and

1 | Radio Artists for its attorney's fees incurred in this action, the
2 | sum of $2,400.00;
3 |   (b) To Screen Actors Guild-American Federation of Television and
4 | Radio Artists for its costs incurred in this action, the sum of
5 | $400;
6 |  5. Screen Actors Guild-American Federation of Television and Radio Artists is hereby granted an assignment of Respondents' accounts receivable from the distribution, exhibition, exploitation or other use of the motion picture entitled "*Going Greek*" aka "*Untitled Fraternity Sex Comedy*" anywhere in the world until the amounts due are paid in full.

Dated: July 24, 2014

*[signature]*

STEPHEN V. WILSON
United States District Judge